IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AILEEN GALANG : CIVIL ACTION
:
v. : No. 25-5793
:
CANTALOUPE, INC. :

## **ORDER**

AND NOW, this 26th day of February, 2026, it having been reported that the issues between parties have been settled, and pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is ORDERED the above action is DISMISSED with prejudice.

The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.